**SECURITIES & EXCHANGE COMMISSION, Plaintiff-Appellant, v. FEDERAL COMPRESS & WAREHOUSE COMPANY, Blnford Hester, R. L. Taylor, and C. C. Patten, Defendant-Appellees.**

No. 7575.

Circuit Court of Appeals, Sixth Circuit.
March 8, 1937.

William Green, of Atlanta, Ga., for appellant.

Fitzhugh, Murrah & Fitzhugh, of Memphis, Tenn., for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause came on to be heard upon the motion of counsel for the appellants to dismiss the appeal herein, and, it appearing to this court that said motion was made before hearing on the merits of the appeal, it is ordered, adjudged, and decreed that the appeal be, and the same is hereby, dismissed without prejudice.

---

**Clifford Kenton SHOWERS, Appellant, v. The PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellee.**

No. 7647.

Circuit Court of Appeals, Sixth Circuit.
March 2, 1937.

Elmer McClain, of Lima, Ohio, and Edgar W. Tait, of Urbana, Ohio, for appellant.

Vance Brand and G. V. Fromme, both of Urbana, Ohio, and Davis Harrison, of Indianapolis, Ind., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This day the appeal of Clifford Kenton Showers, appellant, is hereby docketed and dismissed at the cost of the appellant.

---

**In the Matter of SIOUX BUILDING CORP., Debtor.**

No. 6079.

Circuit Court of Appeals, Seventh Circuit.
Dec. 14, 1936.

George W. Dammann, of Chicago, Ill., for appellants.

Don Kenneth Jones, of Chicago, Ill., for appellee.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

Now this day come the parties by their counsel and present and file a stipulation to dismiss this appeal, which said stipulation is in the words and figures following, to wit:

"It is hereby stipulated and agreed, by and between George R. Call, as Executor of the Estate of George C. Call, deceased, Call Bond and Mortgage Company, a corporation, Appellants, and Sioux Building Corporation, Appellee, by their respective counsel, that the above entitled cause be dismissed without costs to any party. On consideration whereof it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed without costs to any party, pursuant to the foregoing stipulation.